1058

[No. 49065-6-I.   Division One.   August 5, 2002.]

LAURA MARIE MURPHY, *Respondent*, v. IAN ANDREW RODIHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-06436-8, George T. Mattson, J., entered June 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49185-7-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KINNICK BURNETT SANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00293-8, LeRoy McCullough, J., entered September 7, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49189-0-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLIN CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03371-0, Michael J. Fox, J., entered August 20, 2001. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 49334-5-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PIERRE D. BIBBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04999-1, Cheryl B. Carey, J., entered September 24, 2001. *Affirmed* by unpublished per curiam opinion.